No. 74–6102. HAGLER ET UX. *v.* SNOW, JUDGE. Appeal from Sup. Ct. Utah. Motion of appellants for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *North Georgia Finishing, Inc.* v. *Di-Chem, Inc.,* 419 U. S. 601 (1975).

*Certiorari Granted—Vacated and Remanded*

No. 73–6064. HUSTON *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Faretta* v. *California, ante,* p. 806.

No. 74–599. UNITED STATES *v.* SPEED ET AL. C. A. 5th Cir. Motions of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Bowen* v. *United States, ante,* p. 916, and *United States* v. *Peltier, ante,* p. 531. Reported below: 497 F. 2d 546.

No. 74–970. CITY OF PARMA, OHIO, ET AL. *v.* CORNELIUS ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Warth* v. *Seldin, ante,* p. 490.

No. 74–993. JANNEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ortiz, ante,* p. 891, and *United States* v. *Brignoni-Ponce, ante,* p. 873. Reported below: 506 F. 2d 897.

No. 74–1339. GUMANIS *v.* DONALDSON. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *O'Connor* v. *Donaldson, ante,* p. 563, and *Wood* v. *Strickland,* 420 U. S. 308 (1975). Reported below: 493 F. 2d 507.